Opinion filed April 2, 2020



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00010-CV

_____

## IN RE LONE STAR NGL PIPELINE LP AND ETP CRUDE LLC

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

On February 3, 2020, this court conditionally granted in part and denied in part the petition for writ of mandamus filed by Lone Star NGL Pipeline LP and ETP Crude LLC. On February 10, we abated this matter, including the conditional grant of mandamus, pursuant to the parties' request. The relators and the real parties in interest have now finalized a settlement agreement and filed in this court an agreed motion to dismiss this proceeding. In the motion, the parties state that they "have resolved this matter by agreement," and they request that we enter an order dismissing the mandamus.

We grant the parties' agreed motion to dismiss, withdraw the opinion and judgment entered by this court on February 3, 2020, and dismiss this proceeding.

PER CURIAM

April 2, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.